**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Dan Lewis Zachariah

v.

Davol, Inc., et al.

Defendant

Case No.: 4:07−cv−04230
Judge Keith P Ellison

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Chambers
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/16/08

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: January 24, 2008

Michael N. Milby, Clerk